```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

PAUL REYNOLDS                                              Plaintiff

v.                         4:07CV00611 WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                   Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 24th day of November, 2008.

```
                              /s/Wm. R. Wilson, Jr.
                         UNITED STATES DISTRICT JUDGE
```